**EXHIBIT "C"**

IN THE CIRCUIT COURT OF THE 18th
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 05-2018-CA-014557

Judge Tonya Rainwater

VIKSAR, INC.,

    Plaintiff,

v.

THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY,

    Defendant.

## REQUEST FOR ADMISSIONS TO VIKSAR, INC.

Defendant, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY ("HSB"), by and through undersigned counsel, and pursuant to Fla. R. Civ. P. 1.370, hereby serves this Request for Admissions on the Plaintiff, Viksar, Inc., and requests the Plaintiff to admit or deny all of the following statements within the time period required by the Florida Rules of Civil Procedure.

    1.    Admit that Viksar, Inc. is claiming more than $75,000.00 in damages, exclusive of interest and costs, as a result of the circumstances giving rise to this lawsuit.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2018, the foregoing document was electronically filed with the Clerk of the Court using the Florida e-filing portal. I also certify that the foregoing document is being served this day on Mr. Ty Tyler, TANDHPA@BELLSOUTH.NET.

- 2 -

CASE NO. 05-2018-CA-014557

Respectfully submitted,

/s/ Rory Eric Jurman
Rory Eric Jurman
Fla. Bar No. 194646
Email: rjurman@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100