**EXHIBIT "D"**

IN THE CIRCUIT COURT, 18TH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

CASE NO.: 05-2018-CA-014557

VIKSAR, INC., a Florida corporation

    Plaintiff,

vs.

HARTFORD STEAM BOILER INSPECTION
AND INSURANCE COMPANY, a/k/a The Hartford
Steam Boiler Inspection and Insurance Company,
a foreign insurance corporation,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSIONS

Plaintiff, VIKSAR, INC., by its undersigned attorneys, hereby responds to Defendant's Request for Admissions as follows:

1.     Admitted.

    TYLER & HAMILTON, P.A.

    /s/ Ty Tyler
    TY TYLER, ESQ.
    Florida Bar No.: 363413
    Midtown Centre, Building 4000
    4811 Beach Boulevard, Suite 200
    Jacksonville, Florida 32207
    (904) 398-9999 Telephone
    (904) 398-0806 Facsimile
    courtdocs@floridainsurancelawyers.com
    tandhpa@bellsouth.net
    Attorney for Plaintiff, VIKSAR, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via Electronic Mail (*Email*) and the Florida Courts E-Filing Portal to: **RORY JURMAN, ESQ. and AARON M. DMISZEWICKI, ESQ.,** Fowler White Burnett, 100 SE Third Avenue, Suite 2100, Ft. Lauderdale, FL 33394, Attorneys for Defendant, this 16th day of March, 2018.

/s/ Ty Tyler
Attorney